TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00741-CV







In re Tri Dal, Ltd. and Tri Dal Excavation and Utilities







ORIGINAL PROCEEDING FROM TRAVIS COUNTY




PER CURIAM

 Relators Tri Dal, Ltd. and Tri Dal Excavation and Utilities file their motion for
emergency relief and petition for writ of mandamus. See Tex. R. App. P. 52.8, 52.10. We overrule
the motion for emergency relief and deny the petition for writ of mandamus.


Before Justices Kidd, B. A. Smith and Yeakel

Filed: December 5, 2002

Do Not Publish